(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Middle District of Florida | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Martin, Christine Victoria** | Name of Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names)<br>**Christine Martin-Stys** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc Sec No / Complete EIN or other Tax I D No<br>(if more than one, state all)<br>**xxx-xx-6761** | Last four digits of Soc Sec No / Complete EIN or other Tax I D No<br>(if more than one, state all) |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br>**1853 Surrey Court**<br>**Viera, FL 32955** | Street Address of Joint Debtor (No & Street, City State & Zip Code) |
| County of Residence or of the<br>Principal Place of Business    **Brevard** | County of Residence or of the<br>Principal Place of Business |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |

Location of Principal Assets of Business Debtor
(if different from street address above)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ☐ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U S C  § 101
☐ Debtor is and elects to be considered a small business under
11 U S C  § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only )
Must attach signed application for the court's consideration
certifying that the debtor is unable to pay fee except in installments
Rule 1006(b) See Official Form No 3

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s) **Martin, Christine Victoria** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed   **- None -** | Case Number | Date Filed |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor **- None -** | Case Number | Date Filed |
| District | Relationship | Judge |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _Christine Victoria Martin_
Signature of Debtor **Christine Victoria Martin**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
7/14/04
(Date)

X _Sandra Valentin_
Signature of Attorney for Debtor(s)
**Sandra Valentin 0540250**
Printed Name of Attorney for Debtor(s)
**Morgan & Barbary, P.A.**
Firm Name
**730 E. Strawbridge Avenue**
**Suite 200**
**Melbourne, FL 32901**
Address
**321 951-3400  Fax: 321 956-8669**
Telephone Number
7/14/04
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e g  forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X _Sandra Valentin_                7/14/04
Signature of Attorney for Debtor(s)          Date
**Sandra Valentin 0540250**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U S C § 110(c) )

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# United States Bankruptcy Court
## Middle District of Florida

In re **Christine Victoria Martin** _____   Case No _____

                                                    Debtor(s)      Chapter    7 _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge

Date: _____7/14/04_____              _Christine Victoria Martin_____
                                     **Christine Victoria Martin**
                                     *Signature of Debtor*

Christine Victoria Martin
1853 Surrey Court
Viera, FL 32955

Honda Financial Services
P O Box 1844
Alpharetta, GA 30023

Sandra Valentin
Morgan & Barbary, P A
730 E Strawbridge Avenue
Suite 200
Melbourne, FL 32901

MBNA America
P O Box 15137
Wilmington, DE 19886-5137

Bank of America
P O Box 21983
Greensboro, NC 27420-1983

Space Coast Credit Union
P O Box 2470
Melbourne, FL 32902

Bank of America
P O Box 30770
Tampa, FL 33630-3770

Bank One
Cardmember Services
P O Box 15153
Wilmington, DE 19886-5153

Best Buy
Retail Services
P O Box 5238
Carol Stream, IL 60197-5238

Chase
P O Box 15583
Wilmington, DE 19886-1194

Discover
P O Box 15251
Wilmington, DE 19885-5251

GE Capital Cons Cardco
P O Box 9001557
Louisville, KY 40290-1557

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts

2  Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code

3  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated

4  Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs

5  Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code

2  Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3  Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan

4  After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice

| | | |
|---|---|---|
| _Christine Victoria Mann_ | _7/14/04_ | |
| Debtor's Signature | Date | Case Number |

## United States Bankruptcy Court
### Middle District of Florida

In re    **Christine Victoria Martin**
_____,
                                    Debtor

Case No _____ _____

Chapter_____    7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 315,000.00 | | |
| B - Personal Property | Yes | 3 | 22,802.62 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 276,586 89 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0 00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 55,106 15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 902.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,454.26 |
| Total Number of Sheets of ALL Schedules | | 13 | | | |
| Total Assets | | | 337,802 62 | | |
| Total Liabilities | | | | 331,693.04 | |

In re    **Christine Victoria Martin**                                          Case No _____  _____
_____
                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor holds no interest in real property, write "None" under "Description and Location of Property "

Do not include interests in executory contracts and unexpired leases on this schedule List them in Schedule G - Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim (See Schedule D ) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family home located at 1853 Surrey Court, Viera, Florida** | **Homestead** | - | **315,000.00** | **248,248.04** |

|  |  |  |
|---|---|---|
| Sub-Total > | **315,000 00** | (Total of this page) |
| Total > | **315,000.00** | |

___
**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re    **Christine Victoria Martin**                                        Case No _____
                                                            ,
                              Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None " If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule List them in Schedule G - Executory Contracts and Unexpired Leases

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1 | Cash on hand | | **Cash** | J | 10.00 |
| 2 | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | **Checking account with Space Credit Union** | J | 183.35 |
| | | | **Savings account with Space Coast Credit Union** | J | 6.94 |
| 3 | Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4 | Household goods and furnishings, including audio, video, and computer equipment | | **Furniture and appliances** | J | 550.00 |
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6 | Wearing apparel | | **Clothing** | J | 100.00 |
| 7 | Furs and jewelry | X | | | |
| 8 | Firearms and sports, photographic, and other hobby equipment | X | | | |
| 9 | Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | X | | | |

Sub-Total >     **850.29**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions Inc - Evanston IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Christine Victoria Martin**                                              Case No _____ _____
                                                                                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 10 | Annuities Itemize and name each issuer | X | | | |
| 11 | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans Itemize | X | | | |
| 12 | Stock and interests in incorporated and unincorporated businesses Itemize | X | | | |
| 13 | Interests in partnerships or joint ventures Itemize | X | | | |
| 14 | Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |
| 15 | Accounts receivable | X | | | |
| 16 | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled Give particulars. | | **Child support payments** | - | 902.33 |
| 17 | Other liquidated debts owing debtor including tax refunds Give particulars. | X | | | |
| 18 | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19 | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |

Sub-Total >     **902.33**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions Inc - Evanston IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re    **Christine Victoria Martin**                                          ,    Case No _____ _____ _____
                                                     Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 20 | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | X | | | |
| 21 | Patents, copyrights, and other intellectual property Give particulars | X | | | |
| 22 | Licenses, franchises, and other general intangibles Give particulars | X | | | |
| 23 | Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Honda Odyssey** | J | **21,050.00** |
| 24 | Boats, motors, and accessories | X | | | |
| 25 | Aircraft and accessories | X | | | |
| 26 | Office equipment, furnishings, and supplies | X | | | |
| 27 | Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 28 | Inventory | X | | | |
| 29 | Animals | X | | | |
| 30 | Crops - growing or harvested Give particulars | X | | | |
| 31 | Farming equipment and implements | X | | | |
| 32 | Farm supplies, chemicals, and feed | X | | | |
| 33 | Other personal property of any kind not already listed | X | | | |

|  | Sub-Total >  (Total of this page) | **21,050 00** |
|---|---|---|
|  | Total > | **22,802.62** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions Inc - Evanston  IL - (800) 492-8037                                                              Best Case Bankruptcy

In re   **Christine Victoria Martin**                                          Case No _____ _____
_____
                                    Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under
*[Check one box]*
☐ 11 U S C §522(b)(1)   Exemptions provided in 11 U S C §522(d) Note These exemptions are available only in certain states
■ 11 U S C §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                        been located for the 180 days immediately preceding the filing of the petition, or for a longe portion of the 180-day
                        period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest
                        is exempt from process under applicable nonbankruptcy law

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **Single family home located at 1853 Surrey Court, Viera, Florida** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222 02, 222.05** | 0.00 | 315,000.00 |
| **Cash on Hand** **Cash** | **Fla Const. art. X, § 4(a)(2)** | 10.00 | 10.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** **Checking account with Space Credit Union** | **Fla. Const. art. X, § 4(a)(2)** | 183.35 | 183.35 |
| **Savings account with Space Coast Credit Union** | **Fla. Const. art X, § 4(a)(2)** | 6.94 | 6 94 |
| **Household Goods and Furnishings** **Furniture and appliances** | **Fla. Const. art. X, § 4(a)(2)** | 550 00 | 550 00 |
| **Wearing Apparel** **Clothing** | **Fla. Const. art. X, § 4(a)(2)** | 100.00 | 100.00 |
| **Alimony, Maintenance, Support, and Property Settlements** **Child support payments** | **Fla. Stat. Ann. § 222.201;   11 U.S.C. § 522(d)(10)(D)** | 902 33 | 902.33 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **2004 Honda Odyssey** | **Fla Stat. Ann. § 222.25(1)** | 1,000 00 | 21,050.00 |

___**0**___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions Inc - Evanston IL - (800) 492-8037                                                  Best Case Bankruptcy

Form B6D
(12/03)

In re   **Christine Victoria Martin**                                                          Case No _____

_____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests  List creditors in alphabetical order to the extent practicable  If all secured creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Co debtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | Husband  Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No  **6821-1030-802801** | | | | **Equity line of credit** | | | | | |
| **Bank of America** **P.O. Box 21983** **Greensboro, NC 27420-1983** | X | | J | **Single family home located at 1853 Surrey Court, Viera, Florida** | | | | | |
| | | | | Value $            315,000.00 | | | | 56,303 80 | 0 00 |
| Account No  **01-0102-RY024** | | | | **Lease** | | | | | |
| **Honda Financial Services** **P.O. Box 1844** **Alpharetta, GA 30023** | X | | J | **2004 Honda Odyssey** | | | | | |
| | | | | Value $            21,050.00 | | | | 28,338.85 | 7,288 85 |
| Account No  **228841-03** | | | | **Mortgage** | | | | | |
| **Space Coast Credit Union** **P.O. Box 2470** **Melbourne, FL 32902** | X | | J | **Single family home located at 1853 Surrey Court, Viera, Florida** | | | | | |
| | | | | Value $            315,000.00 | | | | 191,944.24 | 0.00 |
| Account No | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**   continuation sheets attached

Subtotal
(Total of this page)    | 276,586 89 |

Total
(Report on Summary of Schedules)    | 276,586.89 |

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6E
(04/04)

In re    **Christine Victoria Martin**                                                    Case No _____
                                                                    ,
                                     Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided  Only holders of unsecured claims entitled to priority should be listed in this schedule  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled 'Codebtor'  include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors  If a joint petition is filed, state whether husband, wife  both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Repeat this total also on the Summary of Schedules

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2)

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U S C  § 507 (a)(3)

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C  § 507(a)(7)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C  § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution  11 U S C  § 507(a)(9)

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment

_____0_____  continuation sheets attached

Copyright (c) 1996-2004 - Best Case Solutions  Inc - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F
(12/03)

In re  **Christine Victoria Martin**                                   Case No _____
_____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so Do not include claims listed in Schedules D and E If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors If a joint petition is filed, state whether husband wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent" If the claim is unliquidated, place an "X" in the column labeled "Unliquidated" If the claim is disputed, place an "X" in the column labeled "Disputed" (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule Report this total also on the Summary of Schedules

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | Husband, Wife Joint or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No **4356-0500-2558-6444** <br><br> **Bank of America** <br> **P O. Box 30770** <br> **Tampa, FL 33630-3770** | | W | | **Consumer credit** | | | | 15,105.65 |
| Account No **4444-0010-0860-1209** <br><br> **Bank One** <br> **Cardmember Services** <br> **P.O. Box 15153** <br> **Wilmington, DE 19886-5153** | | W | | **Consumer credit** | | | | 8,119.15 |
| Account No **7001-1911-0097-6191** <br><br> **Best Buy** <br> *Retail Services* <br> **P.O. Box 5238** <br> **Carol Stream, IL 60197-5238** | | W | | **Consumer credit** | | | | 2,424 06 |
| Account No **4305-8704-0050-1557** <br><br> **Chase** <br> *P.O. Box 15583* <br> **Wilmington, DE 19886-1194** | | W | | **Consumer credit** | | | | 15,281 78 |

**1**   continuation sheets attached

Subtotal
(Total of this page)               **40,930 64**

Copyright (c) 1996-2004 - Best Case Solutions Inc - Evanston IL - (800) 492-8037                    S/N J I059-040520    Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **Christine Victoria Martin**                                              Case No _____  _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No  6011-0049-1068-7041 | | | | | Consumer credit | | | | |
| Discover P.O  Box 15251 Wilmington, DE 19885-5251 | | | W | | | | | | 3,298.64 |
| Account No  6019-1908-0477-8830 | | | | | Consumer credit | | | | |
| GE Capital Cons Cardco P.O. Box 9001557 Louisville, KY 40290-1557 | | | W | | | | | | 3,304.44 |
| Account No  4264-2906-3682-7859 | | | | | Consumer credit | | | | |
| MBNA America P.O. Box 15137 Wilmington, DE 19886-5137 | | | W | | | | | | 7,572.43 |
| Account No | | | | | | | | | |
| | | | | | | | | | |
| Account No | | | | | | | | | |
| | | | | | | | | | |

Sheet no  __1__  of  __1__  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 14,175.51 |
| Total (Report on Summary of Schedules) | 55,106 15 |

Copyright (c) 1996-2004 - Best Case Solutions  Inc - Evanston  IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Christine Victoria Martin**                    Case No _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property  Include any timeshare interests
State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc  State whether debtor is the lessor or lessee of a lease
Provide the names and complete mailing addresses of all other parties to each lease or contract described

NOTE     A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors

☐ Check this box if debtor has no executory contracts or unexpired leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest State whether lease is for nonresidential real property State contract number of any government contract |
|---|---|
| **Honda Financial Services** <br> **P.O. Box 1844** <br> **Alpharetta, GA 30023** | **Automobile lease** |

**0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Christine Victoria Martin** _____,    Case No _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors  Include all guarantors and co-signers  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

☐  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Eugene  J. Stys, Jr.**<br>**1853 Surrey Ct.**<br>**Rockledge, FL 32955** | **Space Coast Credit Union**<br>**P.O  Box 2470**<br>**Melbourne, FL 32902** |
| **Eugene J. Stys, Jr.**<br>**1853 Surrey Court**<br>**Viera, FL 32955** | **Bank of America**<br>**P.O  Box 21983**<br>**Greensboro, NC 27420-1983** |
| **Eugene Stys, Jr**<br>**1853 Surrey Court**<br>**Viera, FL 32955** | **Honda Financial Services**<br>**P.O. Box 1844**<br>**Alpharetta, GA 30023** |

__0__    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions  Inc - Evanston  IL - (800) 492-8037

Form B6I
(12/03)

In re   **Christine Victoria Martin** _____ ,   Case No _____ _____
                                                Debtor

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>Daughter<br>Daughter | AGE<br>3<br>5 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | |
| How long employed | | |
| Address of Employer | | |

| INCOME   (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ N/A |
| Estimated monthly overtime | $ 0.00 | $ N/A |
| SUBTOTAL . . . . . . . . . | $ 0.00 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a  Payroll taxes and social security  . . . . . . . . . | $ 0.00 | $ N/A |
| b  Insurance  . . . . . . . . . . | $ 0.00 | $ N/A |
| c. Union dues . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| d  Other (Specify)_____ | $ 0.00 | $ N/A |
| _____ . | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS . . . . . . | $ 0.00 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY  . . . . . . | $ 0 00 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ N/A |
| Income from real property  . . . . . . . . . . . . . . | $ 0 00 | $ N/A |
| Interest and dividends . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above . . . . . . . . . . . | $ 902.33 | $ N/A |
| Social security or other government assistance (Specify) _____ . | $ 0.00 | $ N/A |
| _____ . | $ 0 00 | $ N/A |
| Pension or retirement income . . | $ 0.00 | $ N/A |
| Other monthly income (Specify) _____ . | $ 0.00 | $ N/A |
| _____ . . | $ 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 902 33 | $ N/A |

TOTAL COMBINED MONTHLY INCOME     $ **902.33**     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

In re   **Christine Victoria Martin**                                    Case No _____ _____

_____
                                              Debtor

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐  *Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule of expenditures labeled "Spouse"*

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $       1,550 00 |
| Are real estate taxes included?          Yes_____      No____X___ | |
| Is property insurance included?          Yes_____      No____X___ | |
| Utilities.  Electricity and heating fuel   . . . . .      . .        .          . | $        275.00 |
|           Water and sewer   . . .      .         . | $         60 00 |
|           Telephone  . . . . .     . .      .    . . .      . .    .    .    . . | $        120 00 |
|           Other_____**Cable TV and pest control**_____   . . . | $        131.00 |
| Home maintenance (repairs and upkeep)      .       .     .   . . .    . . .    . | $        200 00 |
| Food    . . . . . .      .  .      .   . . . .      . .      .     .    .      . | $        550.00 |
| Clothing        .      .      .   . . .      . .      .     .      .      . | $         25 00 |
| Laundry and dry cleaning       . .       .     .       .      .    .      . | $          0.00 |
| Medical and dental expenses      .      .       .      . | $         30 00 |
| Transportation (not including car payments)      . .      .      .     . | $        110.00 |
| *Recreation, clubs and entertainment, newspapers, magazines, etc* . . .      .        . | $         20 00 |
| Charitable contributions    . . .      .       .      .       .      . | $          0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|           Homeowner's or renter's      .       .  .      .    .      .    . | $          0.00 |
|           Life   . .      . .       .       .       .    .      .    . | $          0.00 |
|           Health .      .      .       .       .      .     . | $          0.00 |
|           Auto . .       . .      .   .  .      .      .     . | $        160 00 |
|           Other_____**Homeowner's insurance not included in mtg**_____     . | $         91 67 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|           (Specify)_____**Real estate taxes not incluedd in mtg.**_____     .  . | $        341.67 |
| Installment payments  (In chapter 12 and 13 cases, do not list payments to be included in the plan ) | |
|           Auto    .      .      .  .       .        . .      . .      .   . | $        381 00 |
|           Other_____**Equity line of credit**_____     . . | $        393.50 |
|           Other_____     .   . | $          0 00 |
|           Other_____ | $          0.00 |
| *Alimony, maintenance, and support paid to others*      . .      .      .     .       . | $          0.00 |
| Payments for support of additional dependents not living at your home     . | $          0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement)   . . | $          0.00 |
| Other_____**Home Owners Association fees**_____     . | $         15 42 |
| Other_____ | $          0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $      4,454.26 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly  monthly, annually, or at some other regular interval

| | |
|---|---|
| A  Total projected monthly income      . .      .      .      .  . . | $     N/A_____ |
| B. Total projected monthly expenses   .      . . .      .       .      . . | $     N/A_____ |
| C. Excess income (A minus B)   .      . . .      . . .  . . .     .      .    . | $     N/A_____ |
| D. *Total amount to be paid into plan each* _____ | $     N/A_____ |

(interval)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Christine Victoria Martin** _____    Case No _____

_____ Debtor(s)    Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**14**___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my
knowledge, information, and belief

Date ____**7/14/04**____    Signature _Christine Victoria Martin_____

Christine Victoria Martin
Debtor

*Penalty for making a false statement or concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U S C §§  152 and 3571

Form 7
(12/03)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Christine Victoria Martin**  _____

Case No ____ _____

                                      Debtor(s)

Chapter  _7_  _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor  Spouses filing a joint petition may file a single statement on w ich the information for both spouses is combined  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed  An individual debtor engaged ir business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this sta emert concerning all such activities as well as the individual's personal affairs

Questions 1 - 18 are to be completed by all debtors  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

### DEFINITIONS

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner other than a limited partner, of a partnership, a sole proprietor or self-employed

*"Insider "* The term "insider" includes but is not limited to  relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers  directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor  11 U S C § 101

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced  State also the gross amounts received during the **two years** immediately preceding this calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year )  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| **$0.00** | **Income from Debtor's employment for 2002** |
| **$0.00** | **Income from Debtor's employment for 2003** |
| **$0.00** | ***Income from Debtor's employment year to date*** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case  Give particulars  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
☐    a List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank of America** **P.O. Box 21983** **Greensboro, NC 27420-1983** | **March, April and May 2004** | **$1,180 50** | **$56,303.80** |
| **Space Coast Credit Union** **P.O. Box 2470** **Melbourne, FL 32902** | **March, April and May 2004** | **$4,650.00** | **$191,944 24** |
| **Honda Financial Services** **P.O. Box 1844** **Alpharetta, GA 30023** | **March, April and May 2004** | **$1,143 00** | **$13,338.85** |

None
■    b List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■    a List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■    b Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ■    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

None ■    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

4

**12. Safe deposit boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■       immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include boxes or
        depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed )

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the
■       commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None    List all property owned by another person that the debtor holds or controls
■

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None    If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor
■       occupied during that period and vacated prior to the commencement of this case If a joint petition is filed, report also any separate
        address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska  Arizona, California, Idaho
■       Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the
        commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
        the community property state

NAME

**17. Environmental Information.**

For the purpose of this question  the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination  releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium  including, but not limited to
statutes or regulations regulating the cleanup of these substances, wastes, or material

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
    owned or operated by the debtor, including, but not limited to, disposal sites

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
    pollutant, or contaminant or similar term under an Environmental Law

5

| None ■ | a List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law Indicate the governmental unit, the date of the notice, and, if known the Environmental Law |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | b List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material Indicate the governmental unit to which the notice was sent and the date of the notice |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | c List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party Indicate the name and address of the governmental unit that is or was a party o the proceeding, and the docket number |
|---|---|

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

| None ■ | a If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case |
|---|---|

> If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case

> If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

| NAME | TAXPAYER I D NO (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

| None ■ | b Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C § 101 |
|---|---|

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following an officer, director managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation, a partner, other than a limited partner of a partnership, a sole proprietor or otherwise self-employed

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case A debtor who has not been in business within those six years should go directly to the signature page )*

### 19. Books, records and financial statements

| None ■ | a List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor |
|---|---|

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■    b  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ■    c  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor  If any of the books of account and records are not available, explain

| NAME | ADDRESS |
|------|---------|

None ■    d  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None ■    a  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■    b  List the name and address of the person having possession of the records of each of the two inventories reported in a , above

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■    b  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None ■    a  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■    b  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider including compensation
■       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case

NAME & ADDRESS
OF RECIPIENT,                                 DATE AND PURPOSE                     AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                        OF WITHDRAWAL                        OR DESCRIPTION AND
                                                                                  VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the
        commencement of the case

NAME OF PARENT CORPORATION                                             TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the
        case

NAME OF PENSION FUND                                                   TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and my attachments thereto
and that they are true and correct

Date _____7/14/04_____          Signature _Christine Victoria Martin_

                                            Christine Victoria Martin
                                            Debtor

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Middle District of Florida

In re **Christine Victoria Martin** _____     Case No _____
                                         Debtor(s)              Chapter    7    _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate

2    I intend to do the following with respect to the property of the estate which secures those consumer debts

   *a  Property to Be Surrendered*

   **Description of Property**                         **Creditor's name**
   **-NONE-**

   *b  Property to Be Retained*                                          *[Check any applicable statement ]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) |
|---|---|---|---|---|---|
| 1. | **Single family home located at 1853 Surrey Court, Viera, Florida** | **Bank of America** | **Debtor will retain collateral and continue to make regular payments** | | |
| 2. | **2004 Honda Odyssey** | **Honda Financial Services** | **Debtor will retain collateral and continue to make regular payments** | | |
| 3. | **Single family home located at 1853 Surrey Court, Viera, Florida** | **Space Coast Credit Union** | **Debtor will retain collateral and continue to make regular payments** | | |

Date ___7/14/04___                Signature  *Christine Victoria Martin*
                                             Christine Victoria Martin
                                             Debtor

# United States Bankruptcy Court
## Middle District of Florida

In re    **Christine Victoria Martin**
_____
                                        Debtor(s)

Case No _____
Chapter    **7**    _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1    Pursuant to 11 U S C § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 750.00 |
| Prior to the filing of this statement I have received | $ | 750.00 |
| Balance Due | $ | 0.00 |

2    The source of the compensation paid to me was

■            Debtor            ☐            Other (specify)

3    The source of compensation to be paid to me is

■            Debtor            ☐            Other (specify)

4    ■        I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

☐        I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached

5    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including
a    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy,
b    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required,
c    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof
d    [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6    By agreement with the debtor(s), the above-disclosed fee does not include the following service
**Representation of the debtors in any dischargeability actions, judicial lien avoidances relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding

Dated    **7/14/04**

_____

**Sandra Valentin 0540250**
**Morgan & Barbary, P.A.**
**730 E. Strawbridge Avenue**
**Suite 200**
**Melbourne, FL 32901**
**321 951-3400  Fax. 321 956-8669**